DICKINSON WRIGHT PLLC
MICHAEL N. FEDER
Nevada Bar No. 7332
Email: mfeder@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009

HODGSON RUSS LLP
MARK A. HARMON (Pro Hac Vice forthcoming)
605 Third Avenue, Suite 2300
New York, New York 10158
Tel: 212-751-4300

*Attorneys for Defendant Pacific Stock Transfer Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN A. CLAUS and MARK ZOUZALIK, <br><br> Plaintiffs, <br><br> vs. <br><br> PACIFIC STOCK TRANSFER COMPANY, <br><br> Defendant. | Case No. 2:18-cv-1771-RFB-VCF <br><br> **SUBSTITUTION OF COUNSEL FOR PACIFIC STOCK TRANSFER COMPANY** |

PLEASE TAKE NOTICE that Defendant PACIFIC STOCK TRANSFER COMPANY ("PSTC"), does hereby consent to the substitution of Michael N. Feder of the law firm of Dickinson Wright PLLC as its attorney of record in the above-entitled action in the place and stead of Don C. Dennis of the law firm Boerner, Dennis & Franklin, PLLC.

DATED this 24th day of September 2018.

PACIFIC STOCK TRANSFER COMPANY

By: _____
Name: Kevin J. Kopaunik
Its C.E.O.

1

Don C. Dennis, Partner of the law firm of Boerner, Dennis & Franklin, PLLC, hereby consents to the substitution of Michael N. Feder as counsel to PSTC in the above-entitled action in its place and stead.

DATED this 21 day of September 2018.

BOERNER, DENNIS & FRANKLIN, PLLC

_____
DON C. DENNIS
P.O. Box 1738
920 Avenue Q
Lubbock, Texas 79401

Michael N. Feder, Member of the law firm Dickinson Wright PLLC, hereby accepts substitution as counsel for PSTC for all purposes in the above-entitled action in the place and stead of the law firm of Boerner, Dennis & Franklin, PLLC.

DATED this 21st day of September 2018.

DICKINSON WRIGHT PLLC

_____
MICHAEL N. FEDER
Nevada Bar No. 7332
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210

APPROVED:

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate
DATED: _____, 2018
September 28

2

## CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 24th day of September 2018 a copy of the foregoing Substitution of Counsel was served electronically to all parties of interest through the Court's CM/ECF system as follows:

| | |
|---|---|
| MATTHEW EDWARD WITT<br>WITT LAW FIRM<br>2108 Broadway<br>Lubbock, Texas 79401<br>Tel: (806) 507-0404<br>Fax: (806) 722-2553<br>Attorney for Plaintiffs | DON C. DENNIS<br>BOERNER, DENNIS & FRANKLIN, PLLC<br>PO Box 1738<br>Lubbock, TX 79408<br>Tel: (806) 763-0044<br>Fax: (806) 763-2084 |

*Max Erwin*
An employee of Dickinson Wright PLLC



3