1 **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
DON SPRINGMEYER, ESQ.
2 Nevada Bar No. 1021
BRADLEY S. SCHRAGER, ESQ.
3 Nevada Bar No. 10217
JORDAN BUTLER, ESQ.
4 Nevada Bar No. 10531
3556 E. Russell Road, Second Floor
5 Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
6 dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
7 JButler@wrslawyers.com

8 *Attorneys for Plaintiffs*

9 **UNITED STATES DISTRICT COURT**

10 **DISTRICT OF NEVADA**

| | |
|---|---|
| 11 STEVE A. CLAUS AND MARK ZOUZALIK, | Case No. 2:18-cv-01771-RFB-PAL |
| 12 Plaintiffs, | |
| 13 vs. | **JOINT STATUS REPORT REGARDING E.S.I. PROTOCOL** |
| 14 PACIFIC STOCK TRANSFER COMPANY, | |
| 15 Defendant. | |

On December 11, 2018, the Court held a Scheduling Conference regarding the parties' Proposed Joint Discovery Plan and Scheduling Order (ECF No. 24). The Court granted the Proposed Joint Discovery Plan and Scheduling Order, but ordered counsel for the parties to meet and confer to attempt to reach an accord regarding an E.S.I. protocol. On December 14, 2018, counsel met and conferred, and stipulated to the proposed E.S.I. protocol attached as **Exhibit A**. Having reached an agreement, the Status Conference set for December 27, 2018 at 9:30 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

appears moot. The parties, therefore, respectfully request that the Court vacate the Status Conference.

Dated this 20th day of December, 2018.

Respectfully Submitted,

| | |
|---|---|
| **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** | **HODGSON RUSS LLP** |
| By: */s/ Jordan Butler* | By: */s/ Michael N. Feder* |
| Don Springmeyer, Esq. | Mark A. Harmon, Esq. |
| Nevada Bar No. 1021 | (Admitted Pro Hac Vice) |
| Bradley S. Schrager, Esq. | 605 Third Ave, Suite 2300 |
| Nevada Bar No. 10217 | New York, NY 10158 |
| Jordan Butler, Esq. | Tel: 212.751.4300 |
| Nevada Bar No. 10531 | MHarmon@hodgsonruss.com |
| 3556 E. Russell Road, Second Floor | |
| Las Vegas, Nevada 89120 | DICKINSON WRIGHT PLLC |
| (702) 341-5200/Fax: (702) 341-5300 | Michael N. Feder |
| dspringmeyer@wrslawyers.com | Nevada Bar No. 7332 |
| bschrager@wrslawyers.com | 8363 West Sunset Road, Suite 200 Las Vegas, Nevada 89113-2210 |
| jbutler@wrslawyers.com | Tel: (702) 550-4400 |
| THE WITT LAW FIRM | Fax: (844) 670-6009 |
| Matthew Edward Witt | Email: mfeder@dickinson-right.com |
| (*Pro Hac Vice to be submitted*) | |
| 2108 Broadway Avenue | *Attorney for Defendants Pacific Stock Transfer Company* |
| Lubbock, TX 79401 | |
| Ph: 806.507.0404 | |
| Fax: 806.722.2553 | |
| E-Mail: mattwittlaw.com | |
| *Attorneys for Plaintiffs* | |

**IT IS ORDERED** that the hearing scheduled for December 27, 2018 is **VACATED**.

**IT IS FURTHER ORDERED** that the parties shall separately submit a stipulation regarding proposed ESI protocol that complies with LR IA 6-2 governing the required form of order for stipulations.

Dated: December 26, 2018

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of December, 2018, a true and correct copy of **JOINT STATUS REPORT REGARDING ESI PROTOCOL** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Christie Rehfeld*
Christie Rehfeld, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

# Exhibit "A"

# E.S.I Protocol

# Exhibit "A"

# EXHIBIT A

ESI Protocol

1. Documents shall be provided electronically through secure file transfer or on DVD, CD or external hard drive. The data size of the ESI will determine whether documents are provided through secure file transfer or on CD, DVD or hard drives;

2. Each party may compress and/or encrypt the volume for delivery purposes, and shall provide passwords for any compressed production volumes under separate cover, provided such volumes may be uncompressed and/or unencrypted without the use of additional software;

3. All documents shall be produced as they are ordinarily maintained, for example, organized by custodian and/or source;

4. All productions shall be free of computer viruses;

5. All production deliverables shall include the following two load files:
    a. A Unicode (UTF-8) encoded DAT formatted load file, beginning with a header row containing all of the metadata fields outlined below; specifics of the DAT format are as follows: one record per row, columns are delimited with ASCII character value 020, column data is quoted with ASCII character value 254, newlines are indicated by ASCII character value 174, multi-values are delimited with ASCII character value 059 and nested values are delimited with ASCII character value 092.
    b. A Unicode (UTF-8) encoded Opticon formatted file;

6. All documents shall be produced as images in either single-page 1-bit Group IV TIFF files (for black and white documents), with corresponding OCR (or extracted text from native originals), or single page JPEGs (for color images), with corresponding OCR (or extracted text from native originals), unless those documents are spreadsheets, presentations, multimedia or of a format that cannot be converted to TIFF or JPEG;

7. For documents produced as TIFF or JPEG image files, each shall be numbered at the page level with the Bates number stamped in the lower right-hand corner of each page indicating the Bates number of each respective page;

8. Documents that cannot easily be imaged should be produced in native format, with an image placeholder;

9. Where documents are produced in native format, the parent-child relationships (the association between e-mails and attachments or documents with their embedded documents) shall be preserved with child documents immediately following their parent;

10. For image, native and OCR/extracted text files, the filename shall be represented as the Bates number ending in the appropriate file format extension;

11. Where documents are available in their native format, the following metadata shall be provided in a DAT formatted load file:

| Field Name | Field Description | Applicable Document Categories |
|---|---|---|
| BEG BATES | A document's first Bates number. | Hardcopy, eDoc, e-mail, attachment |
| END BATES | A document's end Bates number | Hardcopy, eDoc, e-mail, attachment |
| PAGE COUNT | The document's page count. | Hardcopy, eDoc, e-mail, attachment |
| GROUP IDENTIFIER | First Bates number of parent document. | eDoc, e-mail, attachment |
| EXTRACTED TEXT | The relative path to the document-level text file containing the document's OCR or extracted text. | Hardcopy, eDoc, e-mail, attachment |
| NATIVE FILE PATH | The relative path to any native files | eDoc, e-mail, attachment |
| PRODUCTION SET | A unique identifier given to the production volume; e.g., P001. | Hardcopy, eDoc, e-mail, attachment |
| SOURCE | The location from which the file was collected; e.g., e-mail server, file cabinet. | Hardcopy, eDoc, e-mail, attachment |
| CUSTODIAN | The person from whom the file was obtained. | Hardcopy, eDoc, e-mail, attachment |
| CONFIDENTIALITY DESIGNATION | The document's confidentiality designation, if one exists | Hardcopy, eDoc, e-mail, attachment |
| FILE NAME | The file's name at the time it was collected. | eDoc, e-mail, attachment |
| FILEEXTENSION | The file's extension at the time it was collected. | eDoc, e-mail, attachment |
| ORIGINAL FILE PATH | The file's file system path indicating where it was collected from or e-mail folder. | eDoc, e-mail |
| CREATED DATE | The date the file was created; format MM/DD/YYYY. | eDoc, e-mail, attachment |
| LAST MODIFIED DATE | The date the file was last modified; format MM/DD/YYYY. | eDoc, e-mail, attachment |
| META AUTHOR | The name(s) of a document's author(s). | eDoc, attachment |
| SENT TO | E-mail recipient. | E-mails |
| FROM | E-mail author. | E-mails |
| CC | E-mail CC recipient(s). | E-mails |

| Field Name | Field Description | Applicable Document Categories |
|---|---|---|
| BCC | E-mail BCC recipient(s). | E-mails |
| SUBJECT | E-mail subject. | E-mails |
| UNREAD | Whether the e-mail had been read by the recipient. | E-mails |
| MESSAGE ID | A unique identifier given to e-mail messages. | E-mails |
| SENT DATE | The date an e-mail was sent; format MM/DD/YYYY. | E-mails |
| SENT TIME | The time an e-mail was sent; format HH:MM:SS AM/PM | E-mails |
| RECEIVED DATE | The date an e-mail was received; format MM/DD/YYYY. | E-mails |
| RECEIVED TIME | The time an e-mail was received; format HH:MM:SS AM/PM | E-mails |
| MD5 HASH | A document's MD5 hash value. | eDoc, e-mail, attachment |

12. Where documents are available only as scanned documents, the following metadata shall be provided in a DAT formatted load file:

| Field Name | Field Description | Applicable Document Categories |
|---|---|---|
| RELATIVITY ID | A document's first Bates number. | Hardcopy, eDoc, e-mail, attachment |
| PAGE COUNT | The document's page count. | Hardcopy, eDoc, e-mail, attachment |
| CONFIDENTIALITY DESIGNATION | The document's confidentiality designation, if one exists | Hardcopy, eDoc, e-mail, attachment |

13. Extracted or OCR text shall be included in separate files versus in the load file itself, with each text file containing the text of the entire document, rather than a separate text file for each page of the document;

14. Where documents are scanned, scanning shall be performed at 300 DPI or higher, with logical breaks between documents, and parent/attachment links provided (in place of combining documents) where practicable;

15. The number of produced TIFF, JPEG, native and/or text files shall not exceed 1000 files per folder;

16. The parties shall take measures to de-duplicate any native documents to be added to the production through the use of MD5 hash, and also to de-duplicate any scanned documents where possible.

049896.00006 Litigation 14940685v1