**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
Nevada Bar No. 7332
Email: MFeder@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009

**HODGSON RUSS LLP**
MARK A. HARMON
(Admitted Pro Hac Vice)
Email: MHarmon@hodgsonruss.com
605 Third Avenue, Suite 2300
New York, New York 10158
Tel: (646) 218-7616
Fax: (646) 943-7073

*Attorneys for Defendant*
*Pacific Stock Transfer Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVE A. CLAUS and MARK ZOUZALIK,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC STOCK TRANSFER COMPANY,<br><br>Defendant/Third-Party Plaintiff,<br>vs.<br><br>AMERICATOWNE HOLDINGS, INC.,<br><br>Third-Party Defendant. | CASE NO. 2:18-cv-01771-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs Steve A. Claus and Mark Zouzalik ("Plaintiffs") and Defendant Pacific Stock Transfer Company ("PST"), by and through their respective counsel of record, hereby stipulate

and agree, pursuant to Fed. R. Civ. P. 41(a)(2), that the Plaintiffs' claims against PST in the above-captioned action be and hereby are dismissed with prejudice by order of this Court.

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the Plaintiffs and PST. Pursuant to the terms of the Settlement and Mutual Release Agreement, each party will bear its own attorneys' fees and costs, and the Court will retain jurisdiction in the event that there is a default on the payment terms.

Dated: August 15, 2019

HODGSON RUSS LLP

By: _____
Mark A. Harmon
605 Third Avenue, Suite 2300
New York, New York 10158
(212) 751-4300
mharmon@hodgsonruss.com

*Attorneys for Pacific Stock Transfer Company*

Dated: August 15, 2019

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP

_____ Moas, Royi 10686
Royi Moas
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120
(702) 341-5200
rmoas@wrslawyers.com

*Attorneys for Steve A. Claus and Mark Zouzalik*

## ORDER

This matter comes before the Court on the Stipulation for Dismissal with Prejudice executed by the Plaintiffs and Defendant Pacific Stock Transfer Company. The Court has examined the Stipulation for Dismissal with Prejudice and, good cause having been shown,

IT IS ORDERED that the Plaintiffs claims against Defendant Pacific Stock Transfer Company are dismissed with prejudice with each party bearing its own attorneys' fees and costs; and,

/ / /

/ / /

IT IS FURTHER ORDERED that Defendant Pacific Stock Transfer Company's third-party claims against Third-Party Defendant AmericaTowne Holdings, Inc. shall continue; and,

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the terms of the Settlement and Mutual Release Agreement.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
DATED this 3rd day of October, 2019.