**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
Nevada Bar No. 7332
Email: mfeder@dickinsonwright.com
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
Email: gblumberg@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada  89169
Tel:  (702) 550-4400
Fax:  (844) 670-6009

**HODGSON RUSS LLP**
MARK A. HARMON (*Admitted Pro Hac Vice*)
Email: MHarmon@hodgsonruss.com
ERIN N. TESKE (*Admitted Pro Hac Vice*)
Email: ETeske@hodgsonruss.com
605 Third Avenue, Suite 2300
New York, New York 10158
Tel: (646) 218-7616
Fax: (646) 943-7073

*Attorneys for Defendant/Third-Party Plaintiff Pacific Stock Transfer Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STEVE A. CLAUS AND MARK ZOUZALIK,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC STOCK TRANSFER COMPANY,<br><br>Defendant. | Case No. 2:18-cv-01771-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER** |
| PACIFIC STOCK TRANSFER COMPANY,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>AMERICATOWNE HOLDINGS, INC.,<br><br>Third Party Defendant. | |



WHEREAS, Pacific Stock Transfer Company ("PST") and AmericaTowne Holdings, Inc. ("AHI") are working to prepare a joint pretrial order; and

WHEREAS, pursuant to the Court's directive in the Minutes of Proceedings at Docket Number 60, the joint pretrial order is to be submitted by December 25, 2020; and

WHEREAS, the parties agree that, with the approaching holidays, they need additional time to finalize the joint pretrial order; therefore

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Third-Party Plaintiff PST and Third-Party Defendant AHI that the deadline for submitting the joint pretrial order be and hereby is extended until January 4, 2021.

Dated:  December 28, 2020

| **DICKINSON WRIGHT PLLC** | **CORY READE DOWS & SHAFER** |
|---|---|
| /s/: Michael N. Feder | /s/: Jay A. Shafer |
| MICHAEL N. FEDER | JAY A. SHAFER |
| Nevada Bar No. 7332 | Nevada Bar No. 9184 |
| Email: MFeder@dickinsonwright.com | Email: jshafer@crdslaw.com |
| 3883 Howard Hughes Parkway, Suite 800 | 1333 North Buffalo Drive, Suite 210 |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89128 |
| Tel:  (702) 550-4400 | Tel: (702) 794-4411 |
| | |
| **HODGSON RUSS LLP** | **PAESANO AKKASHIAN APKARIAN PC** |
| MARK A. HARMON | DEVIN BONE |
| (Admitted *Pro Hac Vice*) | (Admitted *Pro Hac Vice*) |
| Email: MHarmon@hodgsonruss.com | Email: dbone@paalawfirm.com |
| 605 Third Avenue, Suite 2300 | 7457 Franklin Road, Suite 200 |
| New York, New York 10158 | Bloomfield Hills, Michigan 48301 |
| Tel: (646) 218-7616 | Tel: (248) 792-6886 |
| | |
| Attorneys for Defendant-Third Party Plaintiff Pacific Stock Transfer Company | Attorneys for Third-Party Defendant AmericaTowne Holdings, Inc. |

**IT IS SO ORDERED.**

Dated:  December 28, 2020.

_____
RICHARD E. BOULWARE, II
United States District Court

