1  **DICKINSON WRIGHT PLLC**
   MICHAEL N. FEDER
2  Nevada Bar No. 7332
   Email: mfeder@dickinsonwright.com
3  GABRIEL A. BLUMBERG
   Nevada Bar No. 12332
4  Email: gblumberg@dickinsonwright.com
   3883 Howard Hughes Parkway, Suite 800
5  Las Vegas, Nevada  89169
   Tel:  (702) 550-4400
6  Fax:  (844) 670-6009

7  **HODGSON RUSS LLP**
   MARK A. HARMON (*Admitted Pro Hac Vice*)
8  Email: MHarmon@hodgsonruss.com
   ERIN N. TESKE (*Admitted Pro Hac Vice*)
9  Email: ETeske@hodgsonruss.com
   605 Third Avenue, Suite 2300
10 New York, New York 10158
   Tel: (646) 218-7616
11 Fax: (646) 943-7073

12 *Attorneys for Defendant/Third-Party Plaintiff*
   *Pacific Stock Transfer Company*

13
                    **UNITED STATES DISTRICT COURT**
14                       **DISTRICT OF NEVADA**

15 STEVE A. CLAUS AND MARK                Case No. 2:18-cv-01771-RFB-BNW
   ZOUZALIK,
16
17         Plaintiffs,                    **STIPULATION**
                                          **EXTENDING TIME TO SUBMIT**
18     vs.                                **JOINT PRETRIAL ORDER (DKT. 60)**

19 PACIFIC STOCK TRANSFER COMPANY,        **SECOND REQUEST**

20         Defendant.

21 PACIFIC STOCK TRANSFER COMPANY,

22         Third Party Plaintiff,

23     vs.

24 AMERICATOWNE HOLDINGS, INC.,

25
           Third Party Defendant.
26

27

28



1  WHEREAS, Pacific Stock Transfer Company ("PST") and AmericaTowne Holdings, Inc.

2 ("AHI") are working to prepare a joint pretrial order; and

3  WHEREAS, pursuant to a Stipulated Order (CM/ECF Docket Number 62), the joint

4 pretrial order is to be submitted by January 4, 2021; and

5  WHEREAS, the parties have exchanged drafts of a joint pretrial order and need additional

6 time to agree on a joint pretrial order; therefore

7  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

8 counsel for Third-Party Plaintiff PST and Third-Party Defendant AHI that the deadline for

9 submitting the joint pretrial order be and hereby is extended until January 15, 2021.

10 Dated:  January 4, 2021

11 **DICKINSON WRIGHT PLLC**          **CORY READE DOWS & SHAFER**

12

13 _/s/: Michael N. Feder_            _/s/: Jay A. Shafer_
   MICHAEL N. FEDER                  JAY A. SHAFER
14 Nevada Bar No. 7332               Nevada Bar No. 9184
   Email: MFeder@dickinsonwright.com Email: jshafer@crdslaw.com
15 3883 Howard Hughes Parkway, Suite 800  1333 North Buffalo Drive, Suite 210
   Las Vegas, Nevada 89169          Las Vegas, Nevada 89128
16 Tel:  (702) 550-4400             Tel: (702) 794-4411

17 **HODGSON RUSS LLP**             **PAESANO AKKASHIAN APKARIAN PC**
   MARK A. HARMON                    DEVIN BONE
18 (Admitted *Pro Hac Vice*)        (Admitted *Pro Hac Vice*)
   Email: MHarmon@hodgsonruss.com   Email: dbone@paalawfirm.com
19 605 Third Avenue, Suite 2300     7457 Franklin Road, Suite 200
   New York, New York 10158         Bloomfield Hills, Michigan 48301
20 Tel: (646) 218-7616              Tel: (248) 792-6886

21
   Attorneys for Defendant-Third Party  Attorneys for Third-Party Defendant
22 Plaintiff Pacific Stock Transfer Company  AmericaTowne Holdings, Inc.

23

24 **IT IS SO ORDERED.**

25 Dated: January 5, 2021.

26                                  RICHARD E. BOULWARE, II
                                    **United States District Court**
27

28



2