UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVE A. CLAUS AND MARK ZOUZALIK, <br><br> Plaintiffs, <br> v. <br> PACIFIC STOCK TRANSFER COMPANY, <br><br> Defendant. | Case No. 2:18-cv-01771-MMD-BNW <br><br> ORDER |
| PACIFIC STOCK TRANSFER COMPANY, <br><br> Third-Party Plaintiff, <br> v. <br> AMERICATOWNE HOLDINGS, INC., <br><br> Third-Party Defendant. | |

Before the Court is Defendant and Third-Party Plaintiff Pacific Stock Transfer Company's ("PST") unopposed motion for summary judgment against third-party Defendant AmericaTowne Holdings, Inc. ("AHI"). (ECF No. 89 ("Motion").) On December 18, 2025, the Court granted the Motion and directed PST to file a proposed order granting the Motion within 14 days based on the following.[1] (ECF No. 94.) The Court agrees with PST that it has met its burden under Fed. R. Civ. P. 56(c) by showing that AHI, as the successor in interest to Auto America, Inc., is contractually obligated to indemnify PST for its services as AHI's transfer agent; and PST has demonstrated it incurred losses in the amount of $396,086.24 for which AHI is required to indemnify PST. (*Id.*) PST then, as directed, filed its proposed order that summary judgment be granted in its entirety and

---

[1] As the Court noted, AHI failed to timely file a response to the Motion. (ECF No. 94.)

judgment be entered in favor of PST and against AHI in the amount of $396,086.24. (ECF No. 95.)

It is therefore ordered that, based on the foregoing, PST has met its burden under Fed. R. Civ. P. 56(c) of showing (a) that AHI, as the successor in interest to Auto America, Inc., is contractually obligated to indemnify PST for its services as AHI's transfer agent, and (b) that PST incurred losses in the amount of $396,086.24 for which AHI is required to indemnify PST.

It is further ordered that PST's unopposed Motion for Summary Judgment is granted and judgment is entered in favor of PST and against AHI in the amount of $396,086.24.

It is further ordered that the Clerk of Court is directed to enter final judgment in favor of Third-Party Plaintiff Pacific Stock Transfer Company and against Third-Party Defendant AmericaTowne Holdings, Inc. in the amount of $396,086.24.

It is further ordered that the Clerk of Court close this case.

DATED THIS 5th Day of January 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE